UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBRA KIDD,

                    **Plaintiff,**

         v.                                               Civil No.3:14-cv-00219-AA

CAROLYN W. COLVIN, Commissioner of
Social Security,

                    **Defendant.**

## JUDGMENT

Pursuant to the Opinion and Order signed on 12/31/2014, this action is reversed and remanded to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 7th day of January 2015.

*/s/ Ann Aiken*

**Ann Aiken**
**United States District Judge**

JUDGMENT